1 F.3d 1232
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
James L. COMBS, Petitioner-Appellant,
v.
Patty L. HUFFMAN, Respondent-Appellee.
 No. 93-6486.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: July 16, 1993.
Decided: August 4, 1993.
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Chief District Judge. (CA-92-476-R)
 James L. Combs, Appellant Pro Se.
 Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.
 W.D.Va.
 DISMISSED.
 Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 James L. Combs, a Virginia inmate, seeks to appeal the district court's orders refusing habeas corpus relief, pursuant to 28 U.S.C. Sec. 2254 (1988), and denying his motion for reconsideration. Our review of the record and the district court's opinions discloses no abuse of discretion and that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Combs v. Huffman, No. CA-92-476-R (W.D. Va. Mar. 26, 1993 and Apr. 23, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED